DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TYRELL WHITTY**,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-456

[May 25, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case No. 432012CF001250.

Tyrell Whitty, Indiantown, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***